UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| LARRY STEWART,<br><br>          Plaintiff,<br><br>  v.<br><br>P. AYALA,<br><br>          Defendant. | Case No. CV 21-9638-RGK (AS)<br><br>**ORDER ACCEPTING FINDINGS,**<br><br>**CONCLUSIONS AND RECOMMNEDATIONS OF**<br><br>**UNITED STATES MAGISTRATE JUDGE** |
|---|---|

    Pursuant to 28 U.S.C. section 636, the Court has reviewed the First Amended Complaint, all of the records herein, and the Report and Recommendation of a United States Magistrate Judge to which no objections were filed. The Court concurs with and accepts the findings and conclusions of the Magistrate Judge.

    **IT IS ORDERED** that Defendant's Motion to Dismiss the First Amended Complaint is DENIED.

    Defendant is **ORDERED** to file an Answer to the First Amended Complaint no later than fourteen (14) days from the date of this Order.

**IT IS FURTHER ORDERED** that the Clerk serve copies of this Order and the Magistrate Judge's Report and Recommendation on Plaintiff and counsel for Defendants.

DATED: 4/17/2023

```
                              _____
                                    R. GARY KLAUSNER
                              UNITED STATES DISTRICT JUDGE
```